AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

MIKE KINKADE, on behalf of himself and all other similarly situated

V.

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:07-0548

TO: (Name and address of Defendant)

David M. Shannon
Nvidia Corporation
Attn: Legal
2701 San Tomas Expressway
Santa Clara, CA 95050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
(615) 254-8801

an answer to the complaint which is served on you with this summons, within ___thirty (30) 20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAY 2 5 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

MIKE KINKADE, on behalf of himself and all other similarly situated

V.

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-0548

TO: (Name and address of Defendant)

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
(615) 254-8801

an answer to the complaint which is served on you with this summons, within _____thirty (30) 20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

KEITH THROCKMORTON                                      MAY 2 5 2007

CLERK                                                   DATE

(By) DEPUTY CLERK