AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____MIDDLE____ District of ____TENNESSEE____

MIKE KINKADE, on behalf of himself and all other similarly situated

V.

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:07-0548

TO: (Name and address of Defendant)

David M. Shannon
Nvidia Corporation
Attn: Legal
2701 San Tomas Expressway
Santa Clara, CA 95050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
(615) 254-8801

an answer to the complaint which is served on you with this summons, within ___thirty (30) 20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAY 2 5 2007

CLERK   _Angie Brewer_   DATE

(By) DEPUTY CLERK

RETURN COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via U.S. Mail, Certified, Return Receipt. Signature card is attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 29, 2007        Robin Jordan  *(signature)*
                Date                *Signature of Server*

Branstetter, Stranch & Jennings, PLLC

<u>227 Second Avenue North, Fourth Floor</u>, Nashville, TN
*Address of Server*                                      37201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Nanny Sokine

C. Date of Delivery
5/29/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

David M. Shannon
Nvidia Corporation
Attn: Legal
2701 San Thomas Expressway
Santa Clara, CA
95050

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0005 5069 7783

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201

07-221