AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____TENNESSEE_____

MIKE KINKADE, on behalf of himself and all
other similarly situated

V.

NVIDIA CORPORATION, ATI TECHNOLOGIES,
INC., and ADVANCED MICRO DEVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:07-0548

TO: (Name and address of Defendant)

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
(615) 254-8801

an answer to the complaint which is served on you with this summons, within ____thirty (30) 20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

MAY 2 5 2007

CLERK   *Angie Brewer* (signature)

(By) DEPUTY CLERK

DATE

RETURN COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:  In the TO: (Name and address of Defendant). The name on this Summons is incorrect. A corrected Summons will be reissued.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

*Signature of Server*

*Address of Server*
Branstetter, Stranch + Jennings
227 Second Av. N., Fourth Floor
Nashville, TN 37201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.