AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

MIKE KINKADE, on behalf of himself and all others similarly situated

V.

NVIDIA CORPORATION, ATI TECHNOLOGIES, INC. and ADVANCED MICRO DEVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-0548

TO: (Name and address of Defendant)

Advanced Micro Devices, Inc.
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings PLLC
227 Second Avenue North
Fourth Floor
Nashville, TN 37201
(615) 254-8801

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH THROCKMORTON

JUN - 5 2007

CLERK                                           DATE

(By) DEPUTY CLERK  /s/ Angie Brewer

RETURN COPY

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)*<br>Robin Jordan | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via U.S. Mail, Certified, Return Receipt Requested. A copy of said notification is attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 11, 2007
            *Date*

*Signature of Server*: Robin Jordan

Branstetter Stranch & Jennings
227 Second Avenue N., Fourth Floor
Nashville, TN 37201
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Rudy Rivera* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)<br>C. Date of Delivery 6-1-07<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br>Advanced Micro Devices, Inc<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA<br>90017 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0005 5069 7844 |

PS Form 3811, February 2004    Domestic Return Receipt    10259

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings
227 Second Avenue North
Fourth Floor
Nashville, TN 37201

07-221