IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIKE KINKADE, on behalf of himself and all others similarly situated, )<br>)<br>*Plaintiffs*, )<br>)<br>)<br>NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC., )<br>)<br>*Defendant*. ) | NO. 3:07-0548<br>JUDGE HAYNES |

## O R D E R

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in <u>In re Graphics Processing Units Antitrust Litigation</u>, MDL-1862, Order entered June 19, 2007, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge