**United States District Court**
**Middle District of Tennessee**

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7178 ext. 238

Joyce A. Brooks
*Deputy Clerk*
Website: www.tnmd.uscourts.gov

July 17, 2007

Mr. Richard W. Wieking
Clerk
United States District Court
Phillip Burton U.S. Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

RE:   **Mike Kinkade v. NVIDIA Corp., et al.**
      **Civil Action No. 3:07-0548**
      **MDL-1826**

Dear Clerk:

   In accordance with the order entered by the Judicial Panel on Multidistrict Litigation, Docket No. 1826 filed 7/03/07, and the order entered by the Hon. William J. Haynes, Jr. on 6/19/07, this case is transferred to your court. I am enclosing a certified copy of our court's docket entries and transfer order. Document Nos. 1-11 are available through PACER. Please acknowledge receipt of the file by stamping the attached copy of this letter and returning it to our court.

   Sincerely,

   KEITH THROCKMORTON, CLERK

   */s/ JAB*

   Joyce A. Brooks, Deputy Clerk

Enclosure