| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DCerda                    7-20-7 |
| 1. Article Addressed to:<br>Mr. Richard W. Wieking<br>Clerk<br>United States District Court<br>Phillip Burton U.S. Courthouse, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3434 | Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0002 4302 3135 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

3:07-0548    (CL)   Cert copy of
                    Docket Sheet
                    + Transfer Order