BRYANT, CASE-CLOSED, MULTI-DISTRICT-LITIGATION

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00548

| | |
|---|---|
| Kinkade v. Nvidia Corporation et al | Date Filed: 05/18/2007 |
| Assigned to: District Judge William J. Haynes, Jr | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mike Kinkade**  represented by  **James Gerard Stranch, III**
*on behalf of himself and all others similarly situated*

Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: jstranch@branstetterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: gstranch@branstetterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nvidia Corporation**

**Defendant**

**ATI Technologies, Inc**

**Defendant**

**Advanced Micro Devices, Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | 1 | COMPLAINT against Nvidia Corporation, ATI Technologies, Inc, Advanced Micro Devices, Inc (Filing fee paid $350, Receipt number |

| | | |
|---|---|---|
| | | 114883), filed by Mike Kinkade. Summons not issued.(ab, ) (Entered: 05/21/2007) |
| 05/18/2007 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure statement requirement. (ab, ) (Entered: 05/21/2007) |
| 05/21/2007 | 3 | NOTICE of Case Management Conference set for 7/13/2007 at 02:00 PM in Courtroom A859 before District Judge William J. Haynes Jr.(ab, ) (Entered: 05/21/2007) |
| 05/25/2007 | 4 | Summons issued as to David M. Shannon, Nvidia Corporation & CT Corporation. (jb) Modified Text on 5/30/07 (jb). (Entered: 05/30/2007) |
| 06/05/2007 | 5 | Summons issued as to Advanced Micro Devices, Inc. c/o CT Corporation System. (jb) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | SUMMONS returned executed by Mike Kinkade. Nvidia Corporation served on 5/29/2007. (Stranch, James) (Entered: 06/05/2007) |
| 06/07/2007 | 7 | Summons Returned Unexecuted by Mike Kinkade as to Advanced Micro Devices, Inc. (Stranch, James) (Entered: 06/07/2007) |
| 06/15/2007 | 8 | SUMMONS returned executed by Mike Kinkade. Advanced Micro Devices, Inc served on 6/11/2007. (Stranch, James) (Entered: 06/15/2007) |
| 06/19/2007 | 9 | ORDER: Pursuant to the Conditional transfer of the Judicial Panel on MDL in In re Graphics Processing Units Antitrust Litigation, MDL-1862, Order entered 6/19/07, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on MDL, the Clerk of this Court shall transfer the file in this action to the USDC/ND/CA for coordinated or consolidated pretrial proceedings. If the Judicial Panel on MDL does not enter a final transfer order in this action, then either party may move to reopen this action. Signed by Judge William J. Haynes Jr. on 6/19/07. (jb) Modified on 7/17/07 (jb). (Entered: 06/20/2007) |
| 07/16/2007 | 10 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 4) rec'd this date from the MDL Judicial Panel transferring this case to the ND of California. This order is NOT effective until it is filed in the Office of the Clerk for the ND of California. HOLD for certified, stamp filed copy from ND of California. (aef) (Entered: 07/16/2007) |
| 07/16/2007 | 11 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 4) rec'd this date from the ND of California. Case is ready for transfer. (aef, ) (Entered: 07/16/2007) |
| 07/17/2007 | 12 | Letter from Deputy Clerk to Mr. Richard W. Wieking, Clerk, USDC/ND/CA transferring case. Letter w/certified copy of docket sheet and transfer order mailed on 7/17/07 by certified mail. (jb) (Entered: 07/17/2007) |
| 07/23/2007 | 13 | Green card to Richard W. Wieking, Clerk, USDC/ND/CA, returned on 7/23/07 as to Certified Copy of Docket Sheet & Transfer Order, signed |

| | | by (Signature Illegible) on 7/20/07. (jb) (Entered: 07/24/2007) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/26/2007 12:51:14 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00548 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |